07-135

AO 451 (Rev.12/93) [MD Rev. 03/01] Certification of Judgment

## UNITED STATES DISTRICT COURT

**ORIGINAL**

FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Center Capital Corporation | **CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT** |
| V. | |
| Shamrock Tree Service, Inc. and Dwight Patterson | Case Number:   AMD-06-CV-2996 |

I, __Felicia C. Cannon,__ Clerk of the United States district court certify that the attached judgment is a true and correct copy of the original judgment entered in this action __4/11/07__ , as it
                                                                                                                                                             Date
appears in the records of this court, and that

\*       no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the

Federal Rules of Appellate Procedure has been filed.

**IN TESTIMONY WHEREOF,** I sign my name and affix the seal of this Court.

| June 5, 2007 | Felicia C. Cannon |
|---|---|
| Date | Clerk |
| | _Kay Oevers_ (signature) |
| | (By) Deputy Clerk |

---

\*Insert the appropriate language: ..."no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed." ..."no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such a motion having been entered on [date]." ..."an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]. ..."an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

(†Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

07 mc 135

| | | |
|---|---|---|
| CENTER CAPITAL CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.06-CV-02996 |
| v. | ) | |
| | ) | |
| SHAMROCK TREE SERVICE, INC. and | ) | |
| DWIGHT PATTERSON, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This cause coming to be heard on Plaintiff's Motion for Default Judgment against Defendant SHAMROCK TREE SERVICE, INC. ("SHAMROCK TREE"), all parties having been given due notice, the Court being fully advised of the premises,

IT IS HEREBY FOUND that Defendant SHAMROCK TREE is in default for failing to answer, or otherwise plead, after being duly served with process; and

IT IS THEREFORE ORDERED THAT a judgment by default is entered in favor of CENTER CAPITAL CORPORATION and against SHAMROCK TREE, as follows:

a. Awarding money damages in the amount of $146,320.37;

b. Awarding pre-judgment interest at the rate of 10% per annum from the date of acceleration of July 18, 2006 through April 9, 2007, which totals $10,446.30 (265 days at $39.42 per day), plus $39.42 per day until the entry of judgment;

c. Awarding attorneys' fees, costs of suit and other expenses in the amount of $6,754.54.

Dated: 11 April, 2007         Entered: /s/Andre M. Davis
                                       Honorable Judge

Prepared By:
Dennis A. Dressler, Esq.
C. Randall Woolley, Esq.
Askounis & Borst, P.C.
180 North Stetson
Suite 3400
Chicago, IL 60601
(312) 861-7100 Telephone
(312) 861-0022 Facsimile

I hereby attest and certify on 6/5/07 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody
FELICIA C. CANNON
CLERK, U. S. DISTRICT COURT
DISTRICT OF MARYLAND

By _____ Deputy



*07-135*

# ASKOUNIS & BORST, P.C.
ATTORNEYS AT LAW

June 26, 2007

**Via Standard Mail**
U.S. District Court for the
District of Delaware
Clerk of Court
844 N. King St.
Lockbox 18
Wilmington, DE 19801

2007 JUN 29 PM 3: 41
FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

    Re:    <u>Center Capital Corporation v. Shamrock Tree Service, Inc.</u>
             Case No. 06 CV 02996
             Our File No. 1978.11764

Dear Sir/Madam:

    Enclosed please find a certified copy of Judgment entered against Shamrock Tree Service, Inc. on April 11, 2007 in the District of Maryland, Case No. 06-CV-2996. Also, please find enclosed the Certification for Registration in the District of Delaware and check in the amount of $39.00 for related fees. Please send a copy back to me in the enclosed self-addressed, stamped envelope. If you have any questions, please do not hesitate to give me a call.

                        Very truly yours,

                        ASKOUNIS & BORST, P.C.

              By    *Kathryn Lemieux*
                      Kathryn Lemieux

/kal