

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170
www.ded.uscourts.gov

August 24, 2007

**TO:** Askounis & Borst, P.C.
ATTN: Mischelle Luckett
180 North Stetson Street
Suite 3400
Chicago, IL 60601

RE: USDC Delaware Misc. Action 07-135, Center Capital Corporation v. Shamrock Tree Service, Inc., Case 06CV02996 District of Maryland

Dear Ms. Luckett:

The Clerk's office is in receipt of your letter dated August 15, 2007, which was accompanied by check number 22109, a Certification of Registration, a proposed Writ of Execution, and a Notice of Filing.

Your letter dated August 15, 2007 appeared at first to be a new request for us to open a Miscellaneous Case, but we have now agreed that this was a duplicate request for registration of the judgment filed on June 29, 2007, as Miscellaneous Action 07-135.

It appears that you would like to execute on a District of Maryland judgment by having a writ issue in this Court and be served by the Delaware U.S. Marshal's Office. Deputy Clerk Brian Blackwell will provide followup coordination with your office regarding the necessary Praecipe to be filed with the Clerk for issuance of the writ(s), etc. Please contact Brian directly if you have any questions or concerns, at our Clerk's Office, (302) 573-6170.

Sincerely,

BY: *[signature]*   PETER T. DALLEO
/rbe              CLERK

Enclosure
Check 22109 dated 8/2/07

cc:   07MC135 Docket Sheet



Askounis & Borst, P.C.
Two Prudential Plaza
180 N. Stetson Street
Suite 3400
Chicago, Illinois 60601

Attn: CRW / myl





# ASKOUNIS & BORST, P.C.
ATTORNEYS AT LAW

August 15, 2007

**Via Standard Mail**
U.S. District Court for the
District of Delaware
Clerk of Court
844 N. King St.
Lockbox 18
Wilmington, DE 19801

07mc135

Re:  Center Capital Corporation v. Shamrock Tree Service, Inc.
     Case No. 06 CV 02996
     Our File No. 1978.11764

Dear Clerk:

Enclosed please find a certified copy of Judgment entered against Shamrock Tree Service, Inc. on April 11, 2007 in the District of Maryland, Case No. 06-CV-2996. Also, please find enclosed the Certification of Registration in the District of Delaware and Writ of Execution as well as a check enclosed in the amount of $39.00 for related fees. Please send a copy back to me in the enclosed self-addressed, stamped envelope.

If you have any questions, please do not hesitate to give me a call.

Sincerely,

ASKOUNIS & BORST, P.C.

Mischelle Luckett
Legal Assistant

FILED
AUG 23 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Enclosures

180 NORTH STETSON STREET    SUITE 3400    CHICAGO, IL 60601

PHONE 312 861 7100    FAX 312 861 0022    www.askborst.com

DC 11
Rev. 7/82

## WRIT OF EXECUTION

| UNITED STATES DISTRICT COURT | DISTRICT District of DE |
|---|---|

**TO THE MARSHAL OF:** District of Delaware

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

**NAME**
Shamrock Tree Service, Inc.
2825 Ogletown Road
Newark, DE 19711

you cause to be made and levied as well a certain debt of:

| DOLLAR AMOUNT $163,521.21 | DOLLAR AMOUNT |
|---|---|
| | and |

in the United States District Court for the _____ District of Maryland,
before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

Shamrock Tree Service, Inc., Case 06-CV-02996

and also the costs that may accrue under this writ.
And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE U.S. Marshall's Office | DISTRICT District of DE |
|---|---|
| CITY Wilmington, DE 19801 | DATE |

Witness the Honorable

| DATE | CLERK OF COURT |
|---|---|
| | (BY) DEPUTY CLERK |

### RETURN

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CENTER CAPITAL CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| SHAMROCK TREE SERVICE, INC. and | ) |
| DWIGHT PATTERSON, | ) |
| | ) |
| Defendants. | ) |

07mc135

2007 AUG 23 PM 4:43
FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

### NOTICE OF FILING

TO:  Shamrock Tree Service, Inc.         Dwight Patterson
     Registered Agent:                    133 Justice Way
     Barros, McNamara, Scanlon,           Elkton, MD 21921
     Malkiewicz & Taylor, P.A.
     2 West Loockerman Street
     Dover, DE 19904

PLEASE TAKE NOTICE that on Aug. 15, 2007, we filed with the United States District Court for the District of Delaware, **Certification of Judgment for Registration in Another District and Writ of Execution** a copy of which is attached hereto and herewith served upon you.

                                          CENTER CAPITAL CORPORATION

                                   By:    C. Randall Woolley
                                          _____
                                          One of Its Attorneys

C. Randall Woolley
Askounis & Borst, P.C.
180 N. Stetson Ave., Ste. 3400
Chicago, IL 60601
PH: (312) 861-7100
FAX: (312) 861-0022

STATE OF ILLINOIS )
)SS
COUNTY OF COOK )

### AFFIDAVIT OF MAILING

The undersigned, a non-attorney, being first duly sworn on oath, deposes and says that she caused a correct copy of the foregoing, **Certification of Judgment for Registration in Another District and Writ of Execution** to be served upon defendant/counsel at the address set forth below:

| | | |
|---|---|---|
| U.S. District Court for the District of Delaware Clerk of Court 844 N. King St. Lockbox 18 Wilmington, DE 19801 | Shamrock Tree Services, Inc. Registered Agent: Barros, McNamara, Scanlon, Malkiewicz & Taylor, P.A. 2 West Loockerman Street Dover, DE 19904 | Dwight Patterson 133 Justice Way Elkton, MD 21921 |

by depositing same in the U.S. Mail at 180 N. Stetson, Suite 3400, Chicago, Illinois 60601, with proper postage prepaid on this 15th day of August, 2007.

By: *Mischelle Luckett*
Mischelle Luckett

SUBSCRIBED AND SWORN to before

me this 15th day of August, 2007.

*Sandra Guerrero*
Notary Public

OFFICIAL SEAL
SANDRA GUERRERO
Notary Public - State of Illinois
My Commission Expires Mar 08, 2011

U:\KLemieux\Aff of Mailing.frm

## U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:07-mc-00135-UNA
## Internal Use Only

Center Capital Corporation v. Shamrock Tree Service Inc. et al  
Assigned to: Unassigned Judge  
Case in other court: USDC/MD, 06cv2996  
Cause: Registration of Foreign Judgment

Date Filed: 06/29/2007  
Jury Demand: None  
Nature of Suit: 890 Other Statutory Actions  
Jurisdiction: Federal Question

**Plaintiff**

**Center Capital Corporation**

V.

**Defendant**

**Shamrock Tree Service Inc.**

**Defendant**

**Dwight Patterson**

| Date Filed | # | Docket Text |
|---|---|---|
| 06/29/2007 | 1 | REGISTRATION of Foreign Judgment in Favor of Center Capital Corporation and Against Shamrock Tree in the Amount of $146,320.37 ( Filing fee $ 39, receipt number 148067). (Attachments: # 1 Order# 2 Cover Letter)(lid) (Entered: 07/02/2007) |

Case 1:07-mc-00135-UNA    Document 1    Filed 06/29/2007    Page 1 of 1

07 - 135

%AO 451 (Rev. 12/93) [MD Rev. 03/01] Certification of Judgment

## UNITED STATES DISTRICT COURT

**ORIGINAL**

FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Center Capital Corporation | **CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT** |
| V. | |
| Shamrock Tree Service, Inc. and Dwight Patterson | Case Number:  AMD-06-CV-2996 |

I, Felicia C. Cannon, _____ Clerk of the United States district court certify that the

attached judgment is a true and correct copy of the original judgment entered in this action ___4/11/07___, as it
<br>                                                                                                                                         Date

appears in the records of this court, and that

\*      no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the

Federal Rules of Appellate Procedure has been filed.

**IN TESTIMONY WHEREOF**, I sign my name and affix the seal of this Court.

| | |
|---|---|
| June 5, 2007 | Felicia C. Cannon |
| Date | Clerk |
| | _Kay Owens_ |
| | (By) Deputy Clerk |

\*Insert the appropriate language: ..."no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed." ..."no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such a motion having been entered on [date]." ..."an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]. ..."an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

(†Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CENTER CAPITAL CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 06-CV-02996 |
| v. | ) |
| | ) |
| SHAMROCK TREE SERVICE, INC. and | ) |
| DWIGHT PATTERSON, | ) |
| | ) |
| Defendants. | ) |

07 mc 135

### ORDER

This cause coming to be heard on Plaintiff's Motion for Default Judgment against Defendant SHAMROCK TREE SERVICE, INC. ("SHAMROCK TREE"), all parties having been given due notice, the Court being fully advised of the premises,

IT IS HEREBY FOUND that Defendant SHAMROCK TREE is in default for failing to answer, or otherwise plead, after being duly served with process; and

IT IS THEREFORE ORDERED THAT a judgment by default is entered in favor of CENTER CAPITAL CORPORATION and against SHAMROCK TREE, as follows:

a.  Awarding money damages in the amount of $146,320.37;

b.  Awarding pre-judgment interest at the rate of 10% per annum from the date of acceleration of July 18, 2006 through April 9, 2007, which totals $10,446.30 (265 days at $39.42 per day), plus $39.42 per day until the entry of judgment;

c.  Awarding attorneys' fees, costs of suit and other expenses in the amount of $6,754.54.

Dated: 11 April, 2007          Entered: /s/Andre M. Davis
                                        Honorable Judge

Prepared By:
Dennis A. Dressler, Esq.
C. Randall Woolley, Esq.
Askounis & Borst, P.C.
180 North Stetson
Suite 3400
Chicago, IL 60601
(312) 861-7100 Telephone
(312) 861-0022 Facsimile

6/5/07
I hereby attest and certify c...
that the foregoing document is a full, true and correct
copy of the original on file in my office and in my
legal custody       FELICIA C. CANNON
                    CLERK, U. S. DISTRICT COURT
                    DISTRICT OF MARYLAND

By_____ Deputy



07-mc-135

## ASKOUNIS & BORST, P.C.
ATTORNEYS AT LAW

June 26, 2007

**Via Standard Mail**
U.S. District Court for the
District of Delaware
Clerk of Court
844 N. King St.
Lockbox 18
Wilmington, DE 19801

Re: Center Capital Corporation v. Shamrock Tree Service, Inc.
Case No. 06 CV 02996
Our File No. 1978.11764

Dear Sir/Madam:

Enclosed please find a certified copy of Judgment entered against Shamrock Tree Service, Inc. on April 11, 2007 in the District of Maryland, Case No. 06-CV-2996. Also, please find enclosed the Certification for Registration in the District of Delaware and check in the amount of $39.00 for related fees. Please send a copy back to me in the enclosed self-addressed, stamped envelope. If you have any questions, please do not hesitate to give me a call.

Very truly yours,

ASKOUNIS & BORST, P.C.

By Kathryn Lemieux

/kal